AO 245H (Rev. 9/00) Judgment in a Misdemeanor/Petty Offense Criminal Case (Short Form) Sheet 1 (USAO 01/28/2002; BJS 01/2006)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Short Form) |
| Kayla S. Moody | CASE NUMBER: CR10-5468 |
| | Pro Se |
| | Defendant's Attorney |

[✓] **THE DEFENDANT** pleaded guilty to count(s) _I of a Single count Information_

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 557 & 1382 | Trespassing | 31 May 2010 | I |

[ ] Count(s) _____  [ ] is  [ ] are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.
**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| Total: | Fine | Assessment | Processing Fee | Payable Within/By: |
|---|---|---|---|---|
| | $ 65.00 | $ 10.00 | $ | 30 days |

Defendant's SSN: XXX-XX-___

Defendant's DOB: XX-XX-___

Defendant's USM No.: ___

_/s/_ Special Assistant United States Attorney

21 July 2010
Date of Imposition of Judgment

_/s/_ Signature of Judicial Officer

James P. Donohue
United States Magistrate Judge (Add Name of Judicial Officer)

_/s/_ Defendant's Signature

21 July 2010
Date

**10-CR-05468-JGM**